IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ZANATHIOUS ZANE HORN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 12-00304-CG-N |
| | ) |
| RIVERVIEW TOWERS INC., et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated June 21, 2012, is **ADOPTED** as the opinion of this Court and it is **ORDERED** that this action is **DISMISSED** without prejudice for failure to comply with the Court's orders and want of prosecution.

**DONE and ORDERED** this 18th day of July, 2012.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE