## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

ZANATHIOUS ZANE HORN,      )
          )
      Plaintiff,      )
          )
v.          )      CIVIL ACTION NO. 12-00304-CG-N
          )
RIVERVIEW TOWERS INC., et al.,      )
          )
      Defendants.      )

## JUDGMENT

It is **ORDERED, ADJUDGED** and **DECREED** that this action be and is hereby **DISMISSED** without prejudice for failure to comply with the Court's orders and want of prosecution.

**DONE and ORDERED** this 18th day of July, 2012.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE